UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 20, 2023

Mr. Charles Nicholas Curcio
Curcio Law Firm
16905 Birchview Drive
Nunica, MI 49448

Re: Case No. 23-1856, *Libertarian Natl Comm, Inc. v. Michael Saliba, et al*
Originating Case No. : 5:23-cv-11074

Dear Counsel,

This appeal has been docketed as case number **23-1856** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **October 4, 2023**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:
Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Appellee:
Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                                Sincerely yours,

                                                s/Roy G. Ford  
                                                Case Manager  
                                                Direct Dial No. 513-564-7016

cc:  Mr. Bruce T. Wallace

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 23-1856

LIBERTARIAN NATIONAL COMMITTEE, INC.

    Plaintiff - Appellee

v.

MICHAEL J. SALIBA; RAFAEL WOLF; GREG STEMPFLE; ANGELA THORNTON-CANNY; JAMI VAN ALSTINE; MARY BUZUMA; DAVID CANNY; JOSEPH BRUNGARDT

    Defendants - Appellants