UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-1856**

Case Title: **Libertarian National Committee, Inc.** vs. **Michael Saliba, et al**

List all clients you represent in this appeal:

**Libertarian National Committee, Inc.**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Oscar A. Rodriguez**   Signature: s/ **Oscar A. Rodriguez**

Firm Name: **Hooper Hathaway, P.C.**

Business Address: **126 South Main Street**

City/State/Zip: **Ann Arbor, MI 48104**

Telephone Number (Area Code): **(734) 662-4426**

Email Address: **orod@hooperhathaway.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---