UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-1856**

Case Title: **Libertarian national Committee, Inc.** vs. **Michael Saliba, et al.**

List all clients you represent in this appeal:

**Libertarian National Committee, Inc.**

☐ Appellant       ☐ Petitioner       ☐ Amicus Curiae       ☐ Criminal Justice Act
☑ Appellee        ☐ Respondent       ☐ Intervenor                 (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Joseph J. Zito**        Signature: s/ **Joseph J. Zito**

Firm Name: **DNL ZITO CASTELLANO**

Business Address: **1250 Connecticut Avenue, NW, Suite 700**

City/State/Zip: **Washington, DC 20036**

Telephone Number (Area Code): **(202) 466-3500**

Email Address: **jzito@dnlzito.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |