UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-1856**

Case Title: **Libertarian Natl Comm, Inc.** vs. **Michael Saliba, et al.**

List all clients you represent in this appeal:

> MICHAEL SALIBA, RAFAEL WOLF, GREG STEMPFLE, ANGELA THORNTON-CANNY, JAMI VAN ALSTINE, MARY BUZUMA, DAVID CANNY, and JOSEPH BRUNGARDT

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Lena Shapiro**   Signature: s/ **Lena Shapiro**

Firm Name: **First Amendment Clinic at the University of Illinois College of Law**

Business Address: **504 E Pennsylvania Avenue Suite 241 | M/C 594**

City/State/Zip: **Champaign, IL, 61820**

Telephone Number (Area Code): **217-333-4333**

Email Address: **shapiro7@illinois.edu**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---