UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23–1856**

Case Title: **LIBERTARIAN NATIONAL COMMITTEE,** vs. **MICHAEL J. SALIBA, et al.,**

List all clients you represent in this appeal:

**Amici Intellectual Property Professors**

- ☐ Appellant
- ☐ Petitioner
- ☑ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Rebecca Tushnet**     Signature: s/ **Rebecca Tushnet**

Firm Name:

Business Address: **1575 Massachusetts Ave., Hauser 520**

City/State/Zip: **Cambridge, MA 02138**

Telephone Number (Area Code): **(703) 593 6759**

Email Address: **rtushnet@law.harvard.edu**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---