**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 24, 2024

**Notice of Oral Argument at 1:00 p.m. (Eastern Time) on Tuesday, June 11, 2024**

Ms. Lena Shapiro
University of Illinois College of Law
504 E. Pennsylvania Avenue, Room 124
Champaign, IL 61820

Mr. Joseph J. Zito
DNL Zito Castellano
1250 Connecticut Avenue, N.W., Suite 700
Washington, DC 20036

Re: No. 23-1856, *Libertarian Natl Comm, Inc. v. Michael Saliba, et al*

Dear Counsel:

Your case is scheduled for oral argument at **1:00 p.m. (Eastern Time) on Tuesday, June 11, 2024** before a three-judge panel of the Sixth Circuit Court of Appeals in Cincinnati, Ohio. The time allotted for oral argument is 15 minutes per side. You may learn the names of the judges sitting on the panel by checking the Court's calendar when it is posted on www.ca6.uscourts.gov two weeks prior to argument.

Only attorneys who plan on presenting oral argument are required to file the *Oral Argument Acknowledgment form*. Please download this form from the website and file it by **May 30, 2024**.

On the day of oral argument, report to the Clerk's Office, Room 540 in the Potter Stewart United States Courthouse, located at the corner of Fifth and Walnut Streets in Cincinnati by **12:30 a.m. (Eastern Time)**. Court will convene at 1:00 p.m. Once you enter the courthouse, you must use the elevators on the Main Street (east) side to access the Clerk's Office on the fifth floor.

If you had previously requested oral argument but now wish to waive it, a motion to that effect should be filed with the court as soon as possible.

The panel may conclude, at a later date, that argument is not necessary.  If that should occur, you will be notified immediately that argument is cancelled, and the case will be submitted on the briefs of the parties and the record.  This possibility should be taken into account when making your travel arrangements, particularly in deciding whether to purchase refundable or non-refundable tickets for air travel.

An attorney who has been appointed under the Criminal Justice Act should make travel arrangements directly with National Travel, tel. (800) 445-0668.  The Clerk's office has provided National Travel with the required Travel Authorization which pays for CJA travel the day before and day of oral argument.  If you are a CJA appointed attorney and choose to make alternative arrangements, reimbursement will be limited to the lesser of the government rate for airfare or actual expenses.

Continuances of oral argument will be granted only in exceptional circumstances, upon the motion of counsel.  Counsel is strongly discouraged from seeking continuances and, where such a request is to be made, the motion should be filed as soon as possible.  **The filing of a motion for a continuance or to waive argument does not guarantee a ruling prior to the scheduled argument.**

                                      Sincerely yours,

                                      s/Jeanine R. Hance
                                      Calendar Deputy

cc:  Ms. Lilian Alexandrova
     Mr. Charles Nicholas Curcio
     Mr. Jonathan J. Resnick
     Mr. Oscar A. Rodriguez
     Ms. Rebecca Tushnet